CHARLES M. PRESTON, as Receiver of the NEW YORK BUILDING-LOAN BANKING COMPANY, Respondent, *v.* CAROLINE BRINLEY et al., Appellants, Impleaded with Others.

*Preston* v. *Brinley*, 106 App. Div. 593, affirmed.
(Argued June 14, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1906, modifying and affirming as modified a judgment in

favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mortgage.

*Alfred R. Page* for appellants.

*Charles W. Dayton* for respondent.

Judgment affirmed, with costs, upon the ground that a new trial would be of no benefit to the appellants ; no opinion.

Concur: CULLEN, Ch. J , GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.